JS-6

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11   CECELIA V. M.,                          Case No. 5:19-cv-1678-KES
12                      Plaintiff,
13          v.                               JUDGMENT
14   ANDREW M. SAUL, Commissioner
     of Social Security,
15
16                      Defendant.
17
18         IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19   Memorandum Opinion and Order, the decision of the Commissioner of the Social
20   Security Administration is affirmed and this action is dismissed with prejudice.
21
22   DATED:  August 13, 2020
23                                    _____
24                                    KAREN E. SCOTT
                                      United States Magistrate Judge
25
26
27
28